**Opinion issued December 12, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00685-CR**

_____

**EX PARTE ANDREA FAITH CORSON, Appellant**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 130306-WR**

---

**MEMORANDUM OPINION**

Appellant, Andrea Faith Corson, appealed the trial court's September 9, 2024 order setting her bail. Corson has filed a Motion to Dismiss Appeal, asserting that her appeal has become moot because the trial court granted her an affordable bond on November 22, 2024, and she has been released from custody.

Corson and her attorney have signed the motion, and this Court has not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a). Ten days have passed, and the State has not opposed the motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, the Court grants Corson's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.

Do not publish. TEX. R. APP. P. 47.2(b).